**DISMISS; and Opinion Filed May 6, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00408-CV**

**IN RE NICHOLAS LACY, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02981**

## MEMORANDUM OPINION
Before Justices Brown, Molberg, and Nowell
Opinion by Justice Molberg

Before the Court is relator's April 8, 2019 petition writ of mandamus in which relator asks this Court to direct the trial court to rule on relator's Chapter 64 motion for post-conviction DNA testing. On April 15, 2019, the trial court issued a written "Notification of Pro Se Motion for Post-Conviction DNA Testing," which directed the State to respond to relator's motion in accordance with article 64.02 of the Texas Code of Criminal Procedure. The issues presented in the petition are, therefore, moot. *See In re Williams*, No. 05-12-00485-CV, 2012 WL 1595080, at *1 (Tex. App.—Dallas May 7, 2012, orig. proceeding) (mem. op.). Accordingly, we dismiss relator's petition for writ of mandamus as moot.

/Ken Molberg/
190408F.P05                    KEN MOLBERG
                               JUSTICE